Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

# UNITED STATES DISTRICT COURT

for the

__Northern__ District of __California__

__San Fran__Division

**KAW**

## CV 17 6641

Case No. _____

_(to be filled in by the Clerk's Office)_

_____

__Ann  Lemberg__

_Plaintiff(s)_

_(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)_

-v-

__San Francisco Opera Association__

_Defendant(s)_

_(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)_

**FILED** (9)

NOV 17 2017

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## COMPLAINT AND REQUEST FOR INJUNCTION

### I.   The Parties to This Complaint

#### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if
needed.

| | |
|---|---|
| Name | Ann Lemberg |
| Street Address | 601 Van Ness Ave E744 |
| City and County | San Francisco, |
| State and Zip Code | CA  94102 |
| Telephone Number | 415-966-7259 |
| E-mail Address | goldenliberty@aol.com |

#### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an
individual, a government agency, an organization, or a corporation. For an individual defendant,
include the person's job or title _(if known)_. Attach additional pages if needed.

Defendant No. 1

Name          *San Francisco Opera Association*

Job or Title *(if known)*

Street Address          *301 Van Ness Avenue*

City and County          *San Francisco, CA 94102*

State and Zip Code

Telephone Number          *415, 861-4008*

E-mail Address *(if known)*          *mshilvock@sfopera.com*

Defendant No. 2

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 3

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 4

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question               ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

U.S. Copyright Act

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* ~~Alberto Lara~~ , is a citizen of the State of *(name)* _____ .

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ ,

and has its principal place of business in the State of *(name)*

_____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

b.     If the defendant is a corporation — *Association*

The defendant, *(name)* **San Francisco Opera Assn** is incorporated under

the laws of the State of *(name)* **California**, and has its

principal place of business in the State of *(name)* **California** ;

Or is incorporated under the laws of *(foreign nation)* _____

and has its principal place of business in *(name)* **301 Van Ness Ave.
SF CA 94102**

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.     The Amount in Controversy     *incalculable, immeasurable,
unquantifiable*

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III.     Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.     Where did the events giving rise to your claim(s) occur? **San Francisco, California**

B.     What date and approximate time did the events giving rise to your claim(s) occur? **In June of 2015 David Gockley responded to my inquiry of contract possibility in producing my grand opera ballet & the Ballad of the Golden Age in the coming season. He responded he was retiring and would not be able to be involved in such a project due to his retirement. He knew it was on the cultural history & the Ravens/misunderstood's natural History and Beauty. He told me to present to his successor. I contacted he and his successor Shilvock, Matthew, who asked me to present some of the work and I did in January (8) of 2016. The work was lost according to them, but at the same time work was lost according to them, but at the same time after having it in their possession. They knew of the same continuity works on the American West and the Gold camps — inherent music, culture, strife, patterns & culture. They continued marrying — the almost identical work — but with evident rape + murder of women artfully of women.**

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

*[handwritten]* In June of 2015 I communicated with David Gockley, then General Director of San Francisco Opera, telling him I had a big operatic work based on New American West, woven into a great pacem of liberty, beauty of New American experience. I did all of this scoring, research, underscore, cultures, music, libretto, moners so far, not next Christmas on intervals dance — I gave them true western January of 2016. They sang rdance — I gave idea + work to others to produce — "She threw they lost gave my idea + work, stole my idea, destroying my property. My work, missled me, stringing me to go forward with my oppidst. My opportunity for my work to go forward, my work, my stolen ideas. And integrity. They stole my ideas, my work, my work + demand testify. They failed to respond to the cease + desist + demand testify.

IV. **Irreparable Injury**

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

*[handwritten]* On November 21, 2017 I will suffer irreparable harm if the derivative work 'Girls of the Golden West' goes up without rectification of what was demanded and denied. This stealing of my harvest, destroying my momentum in my career with an original work I struggled w/ in SF Opera, and then they stole the idea, gave it to others for another opera and have abridged and abused my sacred property right under US law

V. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

*[handwritten]* The court is asked to order an injunction barring San Francisco Opera from staging the premiere of the 'Girls of the Golden West' on November 21 - Dec 9

11/10/17

Golden Liberty LLC

goldenliberty@aol.com

Ms. Ann Lemberg, Composer

601 Van Ness Ave E744

San Francisco, CA 94102

415.966.7259

## CEASE AND DESIST AND DEMAND LETTER

San Francisco Opera Company

Mr. Jack Gunn, President, and Chairman of the Board

San Francisco Opera

301 Van Ness Avenue

San Francisco, California 94102

Dear Mr. Gunn,

I have tried for many months, to secure my intellectual properties from the company and stop the copyright infringement and idea theft that has been ongoing with Kip Cranna, Matthew Shilvock, David Gockley and Claire Padien-Havens and to no avail.

It is with great sadness that I present you this letter, but I will not tolerate the ongoing violations to my intellectual properties, copyright infringements and idea theft that I have suffered at their hands. They still refuse to return my works.

The company has until midnight November 12 , 2017, to remove all of my properties from your servers and cease at once the continuing flagrant plagiarism

1

and idea theft that has riddled the *Girls of the Golden West* with the taking of my *The Ballad of the Golden Age* that was lost and then pilfered in your organization. I was then misled into giving more of the work to Shilvock and Cranna under false pretense. .

If this is not accomplished by this date with your assurance that every thing that I have written and given to the company is off of your servers, out of your copy, and the Adams/Sellars Opera has been purged of these violations in copy, libretto, staging and design, I will take legal action.

Yours Truly,

Ann Lemberg

Composer ASCAP

2

**From:** Ann Lemberg <goldenliberty@aol.com>
   **To:** dgockley <dgockley@SFOpera.com>
**Subject:** Re: I am an American opera composer and would like to send you my work for a world premiere
   **Date:** Sun, Jun 28, 2015 2:58 pm

Dear David,
I am saddened to hear of your retirement, but I thank you for your profound service to the furthering of new American Opera and everything you have done for SF Opera and the World!  I was so thrilled with the Trojans and hope to be back in the Bay area in the not too distant future for more of SF Opera. I am saddened that I won't have the great pleasure of working with you.. I will be in touch with your successor! Have a great summer. Ann


-----Original Message-----
From: David Gockley <dgockley@SFOpera.com>
To: Ann Lemberg <goldenliberty@aol.com>
Sent: Sat, Jun 27, 2015 11:14 am
Subject: Re: I am an American opera composer and would like to send you my work for a world premiere

Dear Ann,  thanks for being in touch.  Regarding your inquiry I am sad to say that next season is my last season at SFO prior to retirement.  I suggest when my successor is named you be in touch with him/her. Thank you for your interest.  Regards,  David

Sent from my iPhone

On Jun 23, 2015, at 8:59 PM, Ann Lemberg < goldenliberty@aol.com> wrote:


Dear David Gockley,

I was in the orchestra for the Trojans, and was so thrilled with the company, the production, the dancers you and your colleagues.. It was incredible. I will be leaving the City tomorrow but wanted to contact you.. I had hoped to bring something by for you before I had to leave.. Ibut do contact me please..I can be reached at 303.363.9145 and the work is a grand opera ballet, based on the rise and development of the American West. It is an epic and I have been working on it for quite some time and have just finished.. I would love to work with you!  Ann Lemberg

(415) 565-6412
kcranna@sfopera.com

**From:** Ann Lemberg [mailto:goldenliberty@aol.com]
**Sent:** Thursday, February 04, 2016 3:40 PM
**To:** Matthew Shilvock
**Subject:** I submitted a portion of my work to you a month ago what is the status of my submission?

Matthew,
I have put together three configurations of the work, with back story, inside story, costume, scenic and staging designs..and background cultural and natural history materials.  When can we meet?  Kind Regards, Ann

-----Original Message-----
From: Ann Lemberg <goldenliberty@aol.com>
To: mshilvock <mshilvock@sfopera.com>
Cc: dgockley <dgockley@sfopera.com>
Sent: Mon, Dec 14, 2015 5:17 pm
Subject: I am hoping to meet with you soon for you to consider my work for next season, I am an opera composer

Dear Mathew Shilvock,  CONGRATULATIONS ON YOUR GREAT ACHIEVEMENT  AT SF OPERA!!!

I have written a grand opera ballet based on the rise of the American ,West, and  it is lyrical, accessible, tonal, and rather massive. and I hope you bring me into the fold of  talent and beauty of San Francisco Opera. . The libretto, music and movement is wedded together in unity. May  I present it to you? I have seven of the ballets, have  workshop produced sections of the opening chorus in recordings, and , some of the major chorus  segments, and ballets have been realized. I have just finished the opening and new finale.. It reconfigures much of America's land and natural history along with the cultural history of the West, weaving the wisdom of natures beauty and the power of American idealistm in a sweeping paen to Liberty..I have been in the City for a few weeks, wrote David Gockley letting him know I was in and wanting to meeti with the two of you at the earliest convenience, (we connected last summer) I am a trained dancer, love working with singers and movement and am so hoping to make SF Opera my new home for my work.  It is grandstand Americana. I look forward to hearing from you.. I was told that there was time to present now, that the season is over, probably a better time than when I arrived in November to  the Magic Flute and the Meistersinger which I enjoyed immensely. I let David Gcokley know I was in  then and that I hoped to meet the two of you at your earliest convenience.  Hope to have the great pleasure of meeting you soon.  I am staying in Hayes Valley. I can be reached at 303.363.9145.. Yours Truly, Ann Lemberg

**From:** Ann Lemberg <goldenliberty@aol.com>

**To:** colleenq2000 <colleenq2000@yahoo.com>

**Subject:** this is what i wrote my confidante at the opera.. is it over the top?

**Date:** Tue, Sep 27, 2016 1:54 pm

-----Original Message-----
From: goldenliberty <goldenliberty@aol.com>
To: Claire Padien-Havens <CPadien-Havens@SFOpera.com>
Sent: Tue, Sep 27, 2016 8:15 am
Subject: RE: Did David & Kip's reports go to Matthew and the Committee?

Let me explain. I connected with David the summer of 2015.. after a trip to the City and seeing the Trojans.. I introduced myself through my opera based on the history of my West..and named after the Golden Age gold mine. This is a big work..I have spent the better part of my professional life researching and creating.

When I arrived the City r I was so thrilled to be in touch with Matthew who was named his successor and he invited me to submit to him which I did. Kip lost my submission and in February when telling David I needed an NDA..it was my life work, he refused me an NDA..saying he didn't do them.

On the eve of his leaving the company, he commissioned his cronies

with an identical project to mine. I just want to know if Matthew was taken by surprise as I was, and did not plan it with David. Do you understand now? Also, I assume that everyone got the letter which I wrote to David? It outlined the work. Please try to find out for me, as it is really important to me. Also, please confirm that the committee and Matthew also were given access to the tiny sliver of materials that I presented to him for his big day.Best

Sent from my T-Mobile 4G LTE Device

Let me explain. I connected with David the summer of 2015.. after a trip to the City and seeing the Trojans.. I introduced myself through my opera based on the history of my West..and named after the Golden Age gold mine. This is a big work..I have spent the better part of my professional life researching and creating.When I arrived the City r I was so thrilled to be in touch with Matthew who was named his successor and he invited me to submit to him which I did. Kip lost my submission and in February when telling David I needed an NDA..it was my life work, he refused me an NDA..saying he didn't do them.On the eve of his leaving the company, he commissioned his cronies with an identical project to mine. I just want to know if Matthew was taken by surprise as I was, and did not plan it with David. Do you understand now? Also, I assume that everyone got the letter which I wrote to David? It outlined the work. Please try to find out for me, as it is really important to me. Also, please confirm that the committee and Matthew also were given access to the tiny sliver of materials that I presented to him for his big day.Best Sent from my T-Mobile 4G LTE Device

-------- Original message --------
From: Claire Padien-Havens <CPadien-Havens@SFOpera.com>
Date: 9/26/2016 3:28 PM (GMT-08:00)
To: goldenliberty <goldenliberty@aol.com>
Subject: RE: Did David & Kip's reports go to Matthew and the Committee?

I'm sorry but I don't understand your question.

**From:** goldenliberty [mailto:goldenliberty@aol.com]
**Sent:** Monday, September 26, 2016 3:28 PM
**To:** Claire Padien-Havens
**Subject:** RE: Did David & Kip's reports go to Matthew and the Committee?

Is it also true that Matthew had nothing to do with David Gockley's commission to John Adams? I was reassured that it was a surprise..is that so?

Dear Claire,
I hope you understand ..I just want to move forward..if you can just confirm that my letter to
David wasnt read by the committee i will be relieved. I have been upset, but I just want to.move
forward..Ann

Sent from my T-Mobile 4G LTE Device

**From:** Ann Lemberg <goldenliberty@aol.com>

**To:** mshilvock <mshilvock@SFOpera.com>

**Subject:** RE: our agreement said you would review as soon as possible .you have an entire drive i prepared for you

**Date:** Sat, May 20, 2017 1:10 pm

Matthew,

I am sending you a comprehensive letter of the steps I need to have you take immediately to review what you have,.. I will not be giving you the sacred oratorio until you have finished what i sent to you...I need proof that you are reviewing, I need reports in writing.. David said that groups studied the materials for several months. You have taken my materials, sat on them for four months, in bold violation of my trust in you..you have a lot of material, including a drive that I spent MANY MONTHS PREPARING FOR YOU THAT HAS ALL OF THE MATERIAL IN IT.. JUST NOT IN PRINT FORM, BUT INTEGRATED.. I WILL NOT STAND FOR THESE SHENANIGANS OF YOURS.. AnnLemberg


Sent from my T-Mobile 4G LTE Device
Sent from my T-Mobile 4G LTE Device
-------- Original message --------
From: goldenliberty <goldenliberty@aol.com>
Date: 4/24/2017 4:37 AM (GMT-08:00)
To: Matthew Shilvock <mshilvock@SFOpera.com>
Subject: RE: our agreement said you would review as soon as possible .you have an entire drive i prepared for you

i am trying with everything i have to maintain a trust in your integrity towards me and my work..i signed an agreement for you


Sent from my T-Mobile 4G LTE Device
-------- Original message --------From: goldenliberty <goldenliberty@aol.com> Date: 4/24/2017 4:37 AM (GMT-08:00) To: Matthew Shilvock <mshilvock@SFOpera.com> Subject: RE: our agreement said you would review as soon as possible .you have an entire drive i prepared for you i am trying with everything i have to maintain a trust in your integrity towards me and my work..i signed an agreement for you Sent from my T-Mobile 4G LTE Device

**From:** Ann Lemberg <goldenliberty@aol.com>

**To:** jfink <jfink@sfopera.com>

**Subject:** Reporting to the authorities on my mistreatment ini the directors offices, for months.. and to affirm for the fourth time, there is no agreement it was breached.. Ann Lemberg

**Date:** Tue, Sep 5, 2017 1:48 pm

Dear Mr. Fink,

I agreed to no policy, that the associate Director and Matthew Shilvock have claimed that I have to suffer, while they refuse to return and remove my intellectual property after misusing it on their servers.  I never agreed to any of SFO's personnel to be allowed to keep my treasured work for any purpose other than to stage and produce it, and never agreed to any policy that they could retain any of it. I have been treated with callous disrespect with shocking unadulterated violations of the agreement I entered into in order to have my work considered to go up with the Adams work to undue the harm that was done me by the Gockley regime. and have suffered shockingly unethical misconduct within the directors offices, of both David Gockley and Matthew Shilvock with  Kip Cranna   There is nothing anywhere that states under any circumstance, including the sham agreement I was suckered into under false pretenses,  that SFO could ever keep any of my work and research on their servers. There is no policy that says that I have to continue to suffer this hurtful and unethical  misconduct  from Matthew Shilvock and the directors offices and their personnel. I am taking my concerns where they belong.

Shilvock and Cranna did not keep the agreement and in fact, used it to do further harm to my momentum and my work as a composer of opera on the American West, when my work was mismanaged, shockingly and carelessly mistreated and now, they are refusing to remove it from the servers. I will not stand for this.They had my work for months,  kept their feet on my neck, using my good natured naiveté, thinking they would review it timely and put up a portion alongside the Adams work to undue the harm that the Gockley office engaged in. I will not stand for this. I was misinformed by the director associate that Matthew had nothing to do with the Adams/Sellars commission and as such, should be the person to review my work, when in fact he was in on it from the ground up and IWAS DENIED AN APPROPRIATE REVIEW BY A MUSICAL DIRECTOR AND A HEALTHY COMMITTEE OF MUSICIANS, INSTEAD I RECEIVED A HATCHET JOB FROM TWO ADMINISTRATORS, WHO ARE BOTH COMPROMISED.  Ann Lemberg  Composer/librettist/choreographer. *"The Ballad of the Golden Age"*

Our records do show that we received material from you on Jan. 8, 2016, regarding "The Ballad of the Golden Age." However, I am embarrassed to say that at this point I am unable to locate this material. It has apparently gone to the office of one of my colleagues, and large portions our staff have just this week moved into new offices in a new location, which means that some material is difficult to locate at the moment.

I very much regret this, and can only say that if you would care to resend your material, direct to my attention at the address below, I would be happy to put it "on top of the pile," so to speak, so that we can make it a priority to review your proposed project as quickly as possible.

My apologies for the delay in getting back to you, but I do look forward to the eventual opportunity to see what you have proposed.

Sincerely,


Kip Cranna

(Dr. Clifford Cranna, Ph.D)
Dramaturg
San Francisco Opera
301 Van Ness Ave.
San Francisco, CA 94102
(415) 565-6412
kcranna@sfopera.com

ior the Golden Age Number Two Mining Company .. concerning Gold Mine that the Opera is named after...I have researched and culled all the materials for that work into the entirety, inclusive of all of the oral histories of settlers, native Americans miners, ranchers their children and grandchildren.., archaeologists, musicological research, historians, etc.. that have fed into this work. Please give this to me at once, so I can have everything in order for Matthew. Claire told me you wrote a report. Thank you very much.. Ann Lemberg
Will do.. thanks, Ann

**From:** Ann Lemberg <goldenliberty@aol.com>
**To:** goldenliberty <goldenliberty@aol.com>
**Subject:** Fwd: Please do this right away.. and keep me updated.. who had seen it, who received asap
**Date:** Tue, Sep 13, 2016 1:46 pm

-----Original Message-----
From: Ann Lemberg <goldenliberty@aol.com>
To: mshilvock <mshilvock@sfopera.com>
Sent: Fri, Feb 19, 2016 8:47 am
Subject: Fwd: Please do this right away.. and keep me updated.. who had seen it, who received it from the security guard etc.. asap

Thank you for your apology Matthew.  I doubt that Kip Kranna is going to "find" my submission in his office that he blamed his colleagues for losing.. Please, if you will, pitch a proper tidy fit in Kip Kranna's proverbial pig sty today and do your very best to find it by the end of the business day. thanks so very much.. Ann

-----Original Message-----
From: Ann Lemberg <goldenliberty@aol.com>
To: KCRANNA <KCRANNA@sfopera.com>
Sent: Thu, Feb 18, 2016 8:56 am
Subject: Please do this right away.. and keep me updated.. who had seen it, who received it from the security guard etc.. asap

I handed my submission to th security guard  on January seventh late in the afternoon and he said he would deliver it to Matthew Shilvock for me.. It was a large orchestral score, with two external usb drives taped to it and dvd and other written materials inside. I want it back asap.. I don't think I am going to resubmit.. Ann Lemberg

-----Original Message-----
From: Kip Cranna <KCRANNA@sfopera.com>
To: Ann Lemberg <goldenliberty@aol.com>
Sent: Thu, Feb 18, 2016 7:33 am
Subject: RE: Please do your bery best to find my submission by Friday. I am not sure I want to resubmit.. Ann Lemberg

Dear David Gockley,

It has come to my attention that you have commissioned a friend of yours with the very same project I presented to you a year ago..before coming to the Bay area to present it last winter to San Francisco Opera, in January, which you "lost". In February, upon planning to resubmit I let you know that an NDA was essential as it has been my life's work and passion. I assumed you would respect my wishes.

Before I knew you had commissioned John Adams with my project, I gave some of my materials for you to see as a gift and gesture of good will on the eve of your Big Day.. before my planned presentation of the work in its entirety to Matthew Shilvock. I fully expect that you have not disclosed or used any of my original works, concepts, research or materials in any way to my detriment or in violation of the integrity of my copyrights and the integrity and beauty of my work which I offered to you as a GIFT AND IN GOOD WILL after you LOST MY SUBMISSION that included all of the materials on the American West I had planned in the grand opera ballet, including the realized sections, the ballets, a variety of settings that Matthew had requested, the complete outlines of the acts the synopsis, etc..and the grand finale which recaps this history of the mining camp that I crafted with other ideas inherent in the epic, which I shared with you. I fully expect that a commission will be forthcoming so that the theme of the American West can be shared equally by two very different composers with very different aesthetics, and orientations.

Yours Truly,

Ann Lemberg

Dear Kip Cranna,

In a gesture of a gift to David Gockley for his Big Day, I put together a few fragments for him as a gift for his celebration, including sketches of the new opening and finale I told Matthew and David I was workiing on... It was no way intended to be my submission to SFOpera and was not intended for your "committee". Please let me know if you were confused and wrote a report thinking it was in fact the submission of the I was preparing for Matthew? Did you pass this report onto your "committee"? Perhaps you and David were confused?  Please return it to me.. so there will be no further confusion concerning my work.  I asked David for a friendly NDA back in February, as it is my life's work, let him know I had placed the one that I use with my costume designers  and that I also use for the Golden 'Age Number Two Mining Company  .. concerning Gold Mine that the Opera is named after...I have researched and culled all the materials for that work into the entirety, inclusive of all of the oral histories of settlers, native Americans miners, ranchers their children and grandchildren.., archaeologists,  musicological research, historians, etc.. that have fed into this work.  Please give this to me at once, so I can have everything in order for Matthew. Claire told me you wrote a report. Thank you very much.. Ann Lemberg

# Elizabeth J. Barron
4050 Montview Blvd
Denver, Colorado, 80207

I am Elizabeth Barron JD. I handle all of Ann Lemerg's business contracts and NDA's. As her representative, I ask you to respect her request for a non disclosure agreement between any and all members of the San Francisco Opera Company who are coming in contact with her original works for production at San Francisco Opera.

Ms. Lemberg has researched, developed, and created this magnificent work for the American Opera over a long period of time and the respect and rights to her intellectual property are a fundamental necessity, especially now, that a team has been hired by David Gockley to manufacture a derivative work that is so similar to hers in theme. There are striking differences in orientation between the two composers and it would be a wonderful opportunity for the opera going public to see both of them in one season, like in the Verdi-Wagner contrasts of old!

Ann has studied and preserved the rarified cultures of the West in ways that are singularly important to the American identity. Her knowledge of the cultures that feed into the building of the West is phenomenal, and her work from the libretto that she has written to histories she has researched to the music and dances she has created from a vast reservoir of knowledge and ideas are singular. This is a major achievement.

Please do not reveal, or share any of her work, with the Gockley Adams Sellars team and protect her rare and beautiful work for the American people. She is an accomplished poet, composer, choreographer and scholar. Her stagings are beautiful and this is a miraculous and unique work that you to have in front of you for production. It is ready for a major company and she has her heart set on San Francisco. I can most easily be reached by email should you have any questions for me. liz.barron50@gmail.com

Sincerely,

*Elizabeth J. Barron*

Elizabeth J. Barron

**From:** Ann Lemberg <goldenliberty@aol.com>

**To:** jfink <jfink@sfopera.com>

**Subject:** Reporting to the authorities on my mistreatment ini the directors offices, for months.. and to affirm for the fourth time, there is no agreement it was breached.. Ann Lemberg

**Date:** Tue, Sep 5, 2017 1:48 pm

Dear Mr. Fink,

I agreed to no policy, that the associate Director and Matthew Shilvock have claimed that I have to suffer, while they refuse to return and remove my intellectual property after misusing it on their servers. I never agreed to any of SFO's personnel to be allowed to keep my treasured work for any purpose other than to stage and produce it, and never agreed to any policy that they could retain any of it. I have been treated with callous disrespect with shocking unadulterated violations of the agreement I entered into in order to have my work considered to go up with the Adams work to undue the harm that was done me by the Gockley regime. and have suffered shockingly unethical misconduct within the directors offices, of both David Gockley and Matthew Shilvock with Kip Cranna There is nothing anywhere that states under any circumstance, including the sham agreement I was suckered into under false pretenses, that SFO could ever keep any of my work and research on their servers. There is no policy that says that I have to continue to suffer this hurtful and unethical misconduct from Matthew Shilvock and the directors offices and their personnel. I am taking my concerns where they belong.

Shilvock and Cranna did not keep the agreement and in fact, used it to do further harm to my momentum and my work as a composer of opera on the American West, when my work was mismanaged, shockingly and carelessly mistreated and now, they are refusing to remove it from the servers. I will not stand for this. They had my work for months, kept their feet on my neck, using my good natured naiveté, thinking they would review it timely and put up a portion alongside the Adams work to undue the harm that the Gockley office engaged in. I will not stand for this. I was misinformed by the director associate that Matthew had nothing to do with the Adams/Sellars commission and as such, should be the person to review my work, when in fact he was in on it from the ground up and IWAS DENIED AN APPROPRIATE REVIEW BY A MUSICAL DIRECTOR AND A HEALTHY COMMITTEE OF MUSICIANS, INSTEAD I RECEIVED A HATCHET JOB FROM TWO ADMINISTRATORS, WHO ARE BOTH COMPROMISED. Ann Lemberg  Composer/librettist/choreographer. *"The Ballad of the Golden Age"*

**From:** Ann Lemberg <goldenliberty@aol.com>

**To:** colleenq2000 <colleenq2000@yahoo.com>

**Subject:** this is what i wrote my confidante at the opera.. is it over the top?

**Date:** Tue, Sep 27, 2016 1:54 pm

-----Original Message-----
From: goldenliberty <goldenliberty@aol.com>
To: Claire Padien-Havens <CPadien-Havens@SFOpera.com>
Sent: Tue, Sep 27, 2016 8:15 am
Subject: RE: Did David & Kip's reports go to Matthew and the Committee?

Let me explain. I connected with David the summer of 2015.. after a trip to the City and seeing the Trojans.. I introduced myself through my opera based on the history of my West..and named after the Golden Age gold mine. This is a big work..I have spent the better part of my professional life researching and creating.
When I arrived the City r I was so thrilled to be in touch with Matthew who was named his successor and he invited me to submit to him which I did. Kip lost my submission and in February when telling David I needed an NDA..it was my life work, he refused me an NDA..saying he didn't do them.
On the eve of his leaving the company, he commissioned his cronies
with an identical project to mine. I just want to know if Matthew was taken by surprise as I was, and did not plan it with David. Do you understand now? Also, I assume that everyone got the letter which I wrote to David? It outlined the work. Please try to find out for me, as it is really important to me. Also, please confirm that the committee and Matthew also were given access to the tiny sliver of materials that I presented to him for his big day.Best

Sent from my T-Mobile 4G LTE Device
Let me explain. I connected with David the summer of 2015.. after a trip to the City and seeing the Trojans.. I introduced myself through my opera based on the history of my West..and named after the Golden Age gold mine. This is a big work..I have spent the better part of my professional life researching and creating.When I arrived the City r I was so thrilled to be in touch with Matthew who was named his successor and he invited me to submit to him which I did. Kip lost my submission and in February when telling David I needed an NDA..it was my life work, he refused me an NDA..saying he didn't do them.On the eve of his leaving the company, he commissioned his cronies with an identical project to mine. I just want to know if Matthew was taken by surprise as I was, and did not plan it with David. Do you understand now? Also, I assume that everyone got the letter which I wrote to David? It outlined the work. Please try to find out for me, as it is really important to me. Also, please confirm that the committee and Matthew also were given access to the tiny sliver of materials that I presented to him for his big day.Best Sent from my T-Mobile 4G LTE Device
-------- Original message --------
From: Claire Padien-Havens <CPadien-Havens@SFOpera.com>
Date: 9/26/2016 3:28 PM (GMT-08:00)
To: goldenliberty <goldenliberty@aol.com>
Subject: RE: Did David & Kip's reports go to Matthew and the Committee?

I'm sorry but I don't understand your question.

**From:** goldenliberty [mailto:goldenliberty@aol.com]
**Sent:** Monday, September 26, 2016 3:28 PM
**To:** Claire Padien-Havens
**Subject:** RE: Did David & Kip's reports go to Matthew and the Committee?

Is it also true that Matthew had nothing to do with David Gockley's commission to John Adams? I was reassured that it was a surprise..is that so?

Sent from my T-Mobile 4G LTE Device

Our records show that we received material from you on Jan. 5, 2016, regarding "The Ballad of the Golden Age." However, I am embarrassed to say that at this point I am unable to locate this material. It has apparently gone to the office of one of my colleagues, and large portions our staff have just this week moved into new offices in a new location, which means that some material is difficult to locate at the moment.

I very much regret this, and can only say that if you would care to resend your material, direct to my attention at the address below, I would be happy to put it "on top of the pile," so to speak, so that we can make it a priority to review your proposed project as quickly as possible.

My apologies for the delay in getting back to you, but I do look forward to the eventual opportunity to see what you have proposed.

Sincerely,


Kip Cranna

(Dr. Clifford Cranna, Ph.D)
Dramaturg
San Francisco Opera
301 Van Ness Ave.
San Francisco, CA 94102
(415) 565-6412
kcranna@sfopera.com


**From:** Ann Lemberg [mailto:goldenliberty@aol.com] **Sent:** Thursday, February 04, 2016 3:40 PM **To:** Matthew Shilvock **Subject:** I submitted a portion of my work to you a month ago what is the status of my

**From:** Ann Lemberg <goldenliberty@aol.com>

   **To:** mshilvock <mshilvock@sfopera.com>

**Subject:** I submitted a portion of my work to you a month ago what is the status of my submission?

   **Date:** Thu, Feb 4, 2016 3:40 pm

Matthew,

I have put together three configurations of the work, with back story, inside story, costume, scenic and staging designs..and background cultural and natural history materials.  When can we meet?  Kind Regards, Ann

-----Original Message-----
From: Ann Lemberg <goldenliberty@aol.com>
To: mshilvock <mshilvock@sfopera.com>
Cc: dgockley <dgockley@sfopera.com>
Sent: Mon, Dec 14, 2015 5:17 pm
Subject: I am hoping to meet with you soon for you to consider my work for next season, I am an opera composer

Dear Mathew Shilvock,  CONGRATULATIONS ON YOUR GREAT ACHIEVEMENT  AT SF OPERA!!!

I have written a grand opera ballet based on the rise of the American ,West, and  it is lyrical, accessible, tonal, and rather massive. and I hope you bring me into the fold of  talent and beauty of San Francisco Opera. . The libretto, music and movement is wedded together in unity. May  I present it to you? I have seven of the ballets, have   workshop produced sections of the opening chorus in recordings, and , some of the major chorus  segments, and ballets have been realized. I have just finished the opening and new finale.. It reconfigures much of America's land and natural history along with the cultural history of the West, weaving the  wisdom of natures beauty and the power of American idealistm in a sweeping paen to Liberty..I have been in the City for a few weeks, wrote David Gockley letting him know I was in and wanting to meeti with the two of you at the earliest convenience, (we connected last summer) I am a trained dancer, love working with singers and movement and am so hoping to make SF Opera my new home for my work.  It is grandstand Americana. I look forward to hearing from you.. I was told that there was time to present now, that the season is over, probably a better time than when I arrived in November to  the Magic Flute and the Meistersinger which I enjoyed immensely. I let David Gcokley know I was in  then and that I hoped to meet the two of you at your earliest convenience. Hope to have the great pleasure of meeting you soon.  I am staying in Hayes Valley. I can be reached at 303.363.9145.. Yours Truly, Ann Lemberg

**From:** Ann Lemberg <goldenliberty@aol.com>
  **To:** mshilvock <mshilvock@SFOpera.com>
**Subject:** Re: I am hoping to meet with you soon for you to consider my work for next season, I am an opera composer
  **Date:** Wed, Dec 16, 2015 2:23 pm

Dear Matthew,

I am so very happy to send you my materials..I will send most them by regular mail and some which I have only digitally, I will put on an external drive for you..Do you want me to send them after the first of the year? after you have returned? Or, do you wish for me to get them to you digitally now? I am thrilled that SF Opera will consider my work! Happiest of Holidays! Ann

-----Original Message-----
From: Matthew Shilvock <mshilvock@SFOpera.com>
To: Ann Lemberg <goldenliberty@aol.com>
Sent: Mon, Dec 14, 2015 6:19 pm
Subject: RE: I am hoping to meet with you soon for you to consider my work for next season, I am an opera composer

Dear Ms. Lemberg,
Thank you so much for your email, for your kind congratulations, and for the information on your new Opera-Ballet. Do you have some materials that you could send to us either digitally or by regular mail and we can take a look and listen, whether of this piece or of other vocal compositions that you've done? I'll be out of town now until the New Year but would be happy to take a look over some materials if you're able to send them to my attention.

All best wishes,
Matthew

Matthew Shilvock
General Director Designate
San Francisco Opera

**From:** Ann Lemberg [mailto:goldenliberty@aol.com]
**Sent:** Monday, December 14, 2015 5:17 PM
**To:** Matthew Shilvock
**Cc:** David Gockley
**Subject:** I am hoping to meet with you soon for you to consider my work for next season, I am an opera composer

Dear Mathew Shilvock, CONGRATULATIONS ON YOUR GREAT ACHIEVEMENT AT SF OPERA!!!

I have written a grand opera ballet based on the rise of the American ,West, and it is lyrical, accessible, tonal, and rather massive. and I hope you bring me into the fold of talent and beauty of San Francisco Opera. . The libretto, music and movement is wedded together in unity. May I present it to you? I have seven of the ballets, have workshop produced sections of the opening chorus in recordings, and , some of the major chorus segments, and ballets have been realized. I have just finished the opening and new finale.. It reconfigures much of America's land and natural history along with the cultural history of the West, weaving the wisdom of natures beauty and the power of American idealism in a sweeping paen to Liberty..I have been in the City for a few weeks, wrote David Gockley letting him know I was in and wanting to meeti with the two of you at the earliest convenience, (we connected last summer) I am a trained dancer, love working with singers and movement and am so hoping to make SF Opera my new home for my work. It is grandstand Americana. I look forward to hearing from you.. I was told that there was time to present now, that the season is over, probably a better

**From:** goldenliberty <goldenliberty@aol.com>
**To:** Claire Padien-Havens <CPadien-Havens@SFOpera.com>
**Subject:** RE: Did David & Kip's reports go to Matthew and the Committee?
**Date:** Tue, Sep 27, 2016 8:15 am

Let me explain. I connected with David the summer of 2015.. after a trip to the City and seeing the Trojans.. I introduced myself through my opera based on the history of my West..and named after the Golden Age gold mine. This is a big work..I have spent the better part of my professional life researching and creating. When I arrived the City r I was so thrilled to be in touch with Matthew who was named his successor and he invited me to submit to him which I did. Kip lost my submission and in February when telling David I needed an NDA..it was my life work, he refused me an NDA..saying he didn't do them.
On the eve of his leaving the company, he commissioned his cronies
with an identical project to mine. I just want to know if Matthew was taken by surprise as I was, and did not plan it with David. Do you understand now? Also, I assume that everyone got the letter which I wrote to David? It outlined the work. Please try to find out for me, as it is really important to me. Also, please confirm that the committee and Matthew also were given access to the tiny sliver of materials that I presented to him for his big day.Best

Sent from my T-Mobile 4G LTE Device
Let me explain. I connected with David the summer of 2015.. after a trip to the City and seeing the Trojans.. I introduced myself through my opera based on the history of my West..and named after the Golden Age gold mine. This is a big work..I have spent the better part of my professional life researching and creating.When I arrived the City r I was so thrilled to be in touch with Matthew who was named his successor and he invited me to submit to him which I did. Kip lost my submission and in February when telling David I needed an NDA..it was my life work, he refused me an NDA..saying he didn't do them.On the eve of his leaving the company, he commissioned his cronies with an identical project to mine. I just want to know if Matthew was taken by surprise as I was, and did not plan it with David. Do you understand now? Also, I assume that everyone got the letter which I wrote to David? It outlined the work. Please try to find out for me, as it is really important to me. Also, please confirm that the committee and Matthew also were given access to the tiny sliver of materials that I presented to him for his big day.Best Sent from my T-Mobile 4G LTE Device
-------- Original message --------
From: Claire Padien-Havens <CPadien-Havens@SFOpera.com>
Date: 9/26/2016 3:28 PM (GMT-08:00)
To: goldenliberty <goldenliberty@aol.com>
Subject: RE: Did David & Kip's reports go to Matthew and the Committee?


I'm sorry but I don't understand your question.


**From:** goldenliberty [mailto:goldenliberty@aol.com]
**Sent:** Monday, September 26, 2016 3:28 PM
**To:** Claire Padien-Havens
**Subject:** RE: Did David & Kip's reports go to Matthew and the Committee?

Dear David Gockley,

It has come to my attention that you have commissioned a friend of yours with the very same project I presented to you a year ago..before coming to the Bay area to present it last winter to San Francisco Opera, in January, which you "lost". In February, upon planning to resubmit I let you know that an NDA was essential as it has been my life's work and passion. I assumed you would respect my wishes.

Before I knew you had commissioned John Adams with my project, I gave some of my materials for you to see as a gift and gesture of good will on the eve of your Big Day.. before my planned presentation of the work in its entirety to Matthew Shilvock. I fully expect that you have not disclosed or used any of my original works, concepts, research or materials in any way to my detriment or in violation of the integrity of my copyrights and the integrity and beauty of my work which I offered to you as a GIFT AND IN GOOD WILL after you LOST MY SUBMISSION that included all of the materials on the American West I had planned in the grand opera ballet, including the realized sections, the ballets, a variety of settings that Matthew had requested, the complete outlines of the acts the synopsis, etc..and the grand finale which recaps this history of the mining camp that I crafted with other ideas inherent in the epic, which I shared with you. I fully expect that a commission will be forthcoming so that the theme of the American West can be shared equally by two very different composers with very different aesthetics, and orientations.

Yours Truly,

Ann Lemberg

**From:** Ann Lemberg <goldenliberty@aol.com>

**To:** jfink <jfink@sfopera.com>

**Subject:** Reporting to the authorities on my mistreatment ini the directors offices, for months.. and to affirm for the fourth time, there is no agreement it was breached.. Ann Lemberg

**Date:** Tue, Sep 5, 2017 1:48 pm

Dear Mr. Fink,

I agreed to no  policy, that the associate Director and Matthew Shilvock have claimed that I have to suffer, while they refuse to return and remove my intellectual property after misusing it on their servers.  I never agreed to any of SFO's personnel  to be allowed to keep my treasured work for any purpose other than to stage and produce it, and never agreed to any policy that they could retain any of it. I have been treated with callous disrespect with shocking unadulterated violations of the agreement I entered into in order to have my work considered to go up with the Adams work to undue the harm that was done me by the Gockley regime. and have suffered shockingly unethical misconduct within the directors offices, of both David Gockley and Matthew Shilvock with  Kip Cranna   There is nothing anywhere that states under any circumstance, including the sham agreement I was suckered into under false pretenses,  that SFO could ever keep any of my work and research on their servers. There is no policy that says that I have to continue to suffer this hurtful and unethical  misconduct  from Matthew Shilvock and the directors offices and their personnel. I am taking my concerns where they belong.

Shilvock and Cranna did not keep the agreement and in fact, used it to do further harm to my momentum and my work as a composer of opera on the American West, when my work was mismanaged, shockingly and carelessly mistreated and now, they are refusing to remove it from the servers. I will not stand for this.They had my work for months,  kept their feet on my neck, using my good natured naiveté, thinking they would review it timely and put up a portion alongside the Adams work to undue the harm that the Gockley office engaged in. I will not stand for this. I was misinformed by the director associate that Matthew had nothing to do with the Adams/Sellars commission and as such, should be the person to review my work, when in fact he was in on it from the ground up and IWAS DENIED AN APPROPRIATE REVIEW BY A MUSICAL DIRECTOR AND A HEALTHY COMMITTEE OF MUSICIANS, INSTEAD I RECEIVED A HATCHET JOB FROM TWO ADMINISTRATORS, WHO ARE BOTH COMPROMISED.  Ann Lemberg  Composer/librettist/choreographer. *"The Ballad of the Golden Age"*

SF Opera
301 Van Ness Ave.
San Francisco, CA 94102


To the San Francisco Opera Board, President and Vice President of the San Francisco Opera
Association, members of the Executive Board:

Dear Friends of San Francisco Opera,

I would like to introduce myself to you. I am Ann Lemberg, a woman opera composer/librettist
/choreographer with integrated works that celebrate and recount the cultural and natural history
of the Great American West to which I am native. This is embedded in a paen to natures beauty and
wisdom as a source of our great liberties in America, and all of it, woven together with my original
scores, libretti, dances. Rediscovering my own Florentine Camerata as a modern composer, with
poetics of integrated music movement and text,whereby th sonorities of language give rise to
melody and the ideas embedded in the melody carry history and tradition in telling a long epic
opera of America's identity in the West. I created grand choral dances for moving opera chorus and
soloists that extol the florid beauty of the land, and weave the culture of our Freedoms into the
poetry, as found in my *Roses of the Mountain*.
I researched and developed this lyric theater work over a long period of time, having workshopped
segments in academia, the Aspen Music Festival and School and a workshop staging of 7 of the
ballets alongside several themes with Festival orchestra, opera chorus and dancers *The Mammoth
Waltz of America*, which chronicles the history of a goldminnig camp from its earliest days in the
Pliestocene in the Age of the Mammoths, to the current days..brought the house down. In it, I
weave the stories of native Americans that taught the early settlers how to hunt and their local
plant medicine, who grew potatoes in the hillsides to feed the hungry and then the miners,
ranchers and grangeland farmers, who each laid their inscriptions on the rising civilization of the
West, with American virtues, taking hold in times of trouble when vigilante terror rose up and
overthrew civil government and erected a corporate boardroom government instead of a
plebiscite of"we the people". The ending of this staged work has a hopeful apotheosis of the the
people rising up to overthrow these tactics of terror and hate and reclaim the culture of Liberty
that the American identity is based upon. These works in my cultural traditions, are dedicated to
the memory of my parents, Lily Barone and Joe Lemberg, who loved opera, the musics of Spain,
the great classical composers, topical theater, Flamenco, the great cantorial works of the
Synagogue in the 20th century as sung by Jan Peerce and the musical theater stage. My fathers
insistence on American idealism as a young man led him to become a communal activist and labor
organizer, and his group of young idealists, would listen to the great classical music recordings of
their day and engage in antifascist polemics, as they prepared to fight as soldiers in WWII. . My
father, shipped out to fight as a rifleman in three landings in the Phillipines and the South Pacific,
from San Francisco. This is the Greatest Generation that I am a daughter of, and that my legacy
that I have creted for the world issues from .My early achievements as an award winning poet and
journalist, gave way to dance, music and finally in my thirties and forties, these operatic works of
the idealism I was raised in, coupled with my love of cultural and natural history began to emerge.

I presented these works to Matthew Shilvock on January 7, 2016 after being invited to do so by David Gockley in June of 2015 who said he was retiring, and would no longer be involved in American premieres as it was his last season, in June of 2015 when I contacted him, and urged me to be in touch with his successor, which I did in mid December of 2015 after I presented a lengthy description of the work to Matthw Shilvock and he asked me to present other settings as well, which I did, inclusive of new sections for men's and women's choruses in "Horace Greeley's Epiphany", which I had recorded especially for him to hear.

I was so thrilled to present my work, to my favorite opera company, where I have attended performances for quite some time. San Francisco has been a second home to me, here in the West, my cousins were involved with Harry Bridges and the Longshoremen's union contract negotiations and friends of the SF family Bill Bailey who used to live in a cabin on Telegraph Hill, helped organize the Seamens union, fought in the Abraham Lincoln Brigades in Spain, and tore the Nazi Flag off the Bremen Ship in NY Harbor in the early 30's.
I really had my heart set on an American premiere here, where the SF liberal audience would enjoy the politics of my creations.

I ask you to see to it that in rectification of my work being "lost" by the Directors offices, and then sat on for months, that you insist on a section of my work to be staged alongside the work of John Adams and Peter SEllars, who would most likely welcome another take on the goldrush, from a womans point of view, as they are caught in a mosognyist miasma of the rape and urder of a woman of color that took place under the common vilgante terror without recourse, and the trafficking *of Chinese women prostitudes.*

*Fran Lembew
Composer*

**From:** Ann Lemberg <goldenliberty@aol.com>

**To:** jfink <jfink@sfopera.com>

**Subject:** Reporting to the authorities on my mistreatment ini the directors offices, for months.. and to affirm for the fourth time, there is no agreement it was breached.. Ann Lemberg

**Date:** Tue, Sep 5, 2017 1:48 pm

---

Dear Mr. Fink,

I agreed to no policy, that the associate Director and Matthew Shilvock have claimed that I have to suffer, while they refuse to return and remove my intellectual property after misusing it on their servers. I never agreed to any of SFO's personnel to be allowed to keep my treasured work for any purpose other than to stage and produce it, and never agreed to any policy that they could retain any of it. I have been treated with callous disrespect with shocking unadulterated violations of the agreement I entered into in order to have my work considered to go up with the Adams work to undue the harm that was done me by the Gockley regime. and have suffered shockingly unethical misconduct within the directors offices, of both David Gockley and Matthew Shilvock with Kip Cranna There is nothing anywhere that states under any circumstance, including the sham agreement I was suckered into under false pretenses, that SFO could ever keep any of my work and research on their servers. There is no policy that says that I have to continue to suffer this hurtful and unethical misconduct from Matthew Shilvock and the directors offices and their personnel. I am taking my concerns where they belong.

Shilvock and Cranna did not keep the agreement and in fact, used it to do further harm to my momentum and my work as a composer of opera on the American West, when my work was mismanaged, shockingly and carelessly mistreated and now, they are refusing to remove it from the servers. I will not stand for this.They had my work for months, kept their feet on my neck, using my good natured naiveté, thinking they would review it timely and put up a portion alongside the Adams work to undue the harm that the Gockley office engaged in. I will not stand for this. I was misinformed by the director associate that Matthew had nothing to do with the Adams/Sellars commission and as such, should be the person to review my work, when in fact he was in on it from the ground up and IWAS DENIED AN APPROPRIATE REVIEW BY A MUSICAL DIRECTOR AND A HEALTHY COMMITTEE OF MUSICIANS, INSTEAD I RECEIVED A HATCHET JOB FROM TWO ADMINISTRATORS, WHO ARE BOTH COMPROMISED. Ann Lemberg Composer/librettist/choreographer. *"The Ballad of the Golden Age"*

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:       _November 14, 2017_

Signature of Plaintiff     _Ann Lengberg_

Printed Name of Plaintiff     _Ann Lengberg_

### B.    For Attorneys

Date of signing:       _____

Signature of Attorney     _____

Printed Name of Attorney     _____

Bar Number     _____

Name of Law Firm     _____

Street Address     _____

State and Zip Code     _____

Telephone Number     _____

E-mail Address     _____

C.    What are the facts underlying your claim(s)?  *(For example:  What happened to you?  Who did what? Was anyone else involved?  Who else saw what happened?)*

## IV.    Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

## V.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.