IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANN LEMBERG,<br><br>    Plaintiff,<br><br>    v.<br><br>SAN FRANCISCO OPERA ASSOCIATION,<br><br>    Defendant. | Case No. 17-cv-06641-MMC<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION**<br><br>Re: Dkt. No. 17 |

Before the Court is plaintiff Ann Lemberg's "Motion for Reconsideration of Injunction Barring Performance of Girls of the Golden West at San Francisco Opera," filed December 1, 2017.

Pursuant to the Civil Local Rules of this District, "[n]o party may notice a motion for reconsideration without first obtaining leave of Court to file the motion." See Civil L.R. 7-9(a). Plaintiff has neither sought nor obtained such leave.

Moreover, a party seeking reconsideration must show one of the following grounds for such relief pertains: (1) "a material difference in fact or law exists from that which was presented to the Court before entry of the [challenged] order," and the party seeking reconsideration could not, with "reasonable diligence," have known of such fact or law at the time of the order; (2) the "emergence of new material facts or a change of law occurring after the time of such order"; (3) a "manifest failure by the Court to consider material facts or dispositive legal arguments which were presented to the Court before

such . . . order." See Civil L.R. 7-9(b).  Plaintiff has made no showing as to any of the above grounds for reconsideration.

Accordingly, the motion is hereby DENIED.

**IT IS SO ORDERED.**

Dated: December 7, 2017

MAXINE M. CHESNEY
United States District Judge