IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANN LEMBERG,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SAN FRANCISCO OPERA ASSOCIATION,<br><br>　　　　Defendant. | Case No. 17-cv-06641-MMC<br><br>**ORDER DIRECTING SEALING OF DOCUMENT** |

In light of the declaration of counsel for defendant stating the "Stipulation and [Proposed] Order re Dismissal, with Prejudice," filed by plaintiff, contains a confidential settlement proposal, the entirety of said challenged document (Doc. No. 39) is hereby ordered SEALED pending a hearing to be set by further order.

**IT IS SO ORDERED.**

Dated:  December 27, 2019

　　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　United States District Judge