IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANN LEMBERG,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SAN FRANCISCO OPERA ASSOCIATION,<br><br>　　　　Defendant. | Case No. 17-cv-06641-MMC<br><br>**ORDER DENYING PLAINTIFF'S MOTIONS TO AMEND, QUASH, AND EXTEND TIME** |

Before the Court are three motions: (1) plaintiff's Motion, filed December 27, 2019, "to File Amended Complaint"; (2) plaintiff's Motion, filed December 27, 2019, "to Quash Defendant's Motion"; and (3) plaintiff's Motion, filed January 6, 2020, "to Extend Time on Deadlines to Respond to Motions."

On February 7, 2020, the Court held a Case Management Conference wherein it addressed the issues raised in plaintiff's motions to quash and to extend time, and, accordingly, said motions are hereby DENIED as moot. As to the motion to amend, plaintiff has failed to provide her proposed amended pleading, and, accordingly, the motion is hereby DENIED without prejudice. See Civil L.R. 10-1 (providing "[a]ny party filing or moving to file an amended pleading must reproduce the entire proposed pleading").

**IT IS SO ORDERED.**

Dated: February 10, 2010

　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　United States District Judge