IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANN LEMBERG,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SAN FRANCISCO OPERA ASSOCIATION,<br><br>　　　　Defendant. | Case No. 17-cv-06641-MMC<br><br>**ORDER DENYING PLAINTIFF'S MOTIONS FILED MARCH 4, 2020** |

　　　Before the Court are the "Motion to Dismiss" and "Motion . . . to Order the Removal of the SFO Properties," both filed March 4, 2020, by plaintiff Ann Lemberg. In each instance, however, the motion is conditioned on the signature of Matthew Shilvock on behalf of defendant San Francisco Opera Association. As no such additional signature has been provided, the motions are hereby DENIED.

　　　**IT IS SO ORDERED.**

Dated: March 5, 2020

　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　United States District Judge