IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANN MARILYN LEMBERG,<br><br>  Plaintiff,<br><br>  v.<br><br>SAN FRANCISCO OPERA ASSOCIATION,<br><br>  Defendant. | Case No. 17-cv-06641-MMC<br><br>**ORDER CERTIFYING APPEAL TAKEN IN GOOD FAITH; DIRECTIONS TO CLERK** |

Before the Court is the Referral Notice, filed September 30, 2020, by which the Ninth Circuit Court of Appeals has referred the above-titled matter to the district court for the limited purpose of determining whether plaintiff-appellant's in forma pauperis status should continue.

Having considered the matter, the Court does not find it appropriate to revoke plaintiff-appellant's in forma pauperis status.

The Clerk shall serve a copy of this order on the Ninth Circuit Court of Appeals.

**IT IS SO ORDERED.**

Dated: October 2, 2020

MAXINE M. CHESNEY
United States District Judge